It is further ordered, sua sponte, that all documents filed with this court in this case shall meet the filing requirements set forth in the Rules of Practice of the Supreme Court of Ohio, including requirements as to form, number, and timeliness of filings.

It is further ordered, sua sponte, that service shall be deemed made on respondent by sending this order, and all other orders in this case, by certified mail to the most recent address respondent has given to the Office of Attorney Services.

It is further ordered that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

## MISCELLANEOUS DISMISSALS

**2007–0810. State ex rel. Gebhart v. Indus. Comm.**

Franklin App. No. 06AP–362, 2007-Ohio-1496. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2007–1776. Cincinnati Community Kollel v. Levin.**

Board of Tax Appeals, Nos. 2004–K–1441 and 2004–K–1442. This cause is pending before the court as an appeal from the Board of Tax Appeals. It appears from the records of this court that appellant has not filed a merit brief, due November 13, 2007, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

It is ordered by the court that this cause is dismissed sua sponte.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

2007–1990.　State ex rel. DaimlerChrysler Corp. v. Indus. Comm.
Franklin App. No. 06AP–895, 2007-Ohio-5093.

2007–2116.　State ex rel. Dolgencorp, Inc. v. Indus. Comm.
Franklin App. No. 06AP–1217, 2007-Ohio-5087.

# CASE ANNOUNCEMENTS
## November 21, 2007

[Cite as *11/21/2007 Case Announcements*, 2007-Ohio-6140.]

## MERIT DECISIONS WITHOUT OPINIONS

2007–1654.　State ex rel. Bozsik v. Court of Appeals, Ninth Appellate Dist.
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
　MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

2007–1656.　State ex rel. Babos v. Court of Appeals, Sixth Appellate Dist.
In Mandamus. On motion for judgment on the pleadings. Motion granted. Cause dismissed.
　MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

2007–1675.　Poston v. Timmerman–Cooper.
In Prohibition. On motion for judgment on the pleadings. Motion granted. Cause dismissed.
　MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

2007–1699.　State ex rel. Macfarlane v. Tanner.
In Mandamus and Prohibition. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
　MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

2007–1779.　Sharpe v. Wolfe.
In Habeas Corpus. On petition for writ of habeas corpus of Jeffrey Sharpe. Sua sponte, cause dismissed.
　MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

2003–0346.　State v. Turner.
Franklin C.P. No. 01CR–06–3615. On application for reopening under S.Ct.Prac.R. XI(6). Motion denied because the appellant failed to comply with the 90-day filing deadline in S.Ct.Prac.R. XI(6)(A).

2006–2095.　McKinley v. Ohio Bur. of Workers' Comp.
Washington App. No. 06CA7, 2006-Ohio-5271. On motion for leave to file post-hearing brief. Motion denied.
　PFEIFER, J., dissents.

2007–0288 and 2007–0410.　Ahmad v. AK Steel Corp.
Butler App. No. CA2006–04–089, 2006-Ohio-7031. On amended motion to strike pages 26 through 33 of second supplement to merit brief. Motion granted.
　PFEIFER, O'CONNOR, and LANZINGER, JJ., dissent.

2007–0507.　Albrecht v. Treon.
Certified Question of State Law, United States District Court, Southern District of Ohio, Western Division, No. 1:06CV274. On motion to strike brief of amici curiae Catholic League and Brunner